SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:08−cv−01107−MAM

DOYLE v. C. R. BARD, INC. et al
Assigned to: HONORABLE MARY A. MCLAUGHLIN
Cause: 28:1332 Diversity−Product Liability

Date Filed: 03/05/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**BILL DOYLE** represented by **DANIEL N. GALLUCCI**
RODA &NAST PC
801 ESTELLE DRIVE
LANCASTER, PA 17601
717−892−3000
Email: dgallucci@rodanast.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C. R. BARD, INC.** represented by **BARBARA K. GOTTHELF**
MCCARTER &ENGLISH
1735 MARKET STREET
SUITE 700
PHILADELPHIA, PA 19103
215−979−3836
Email: bgotthelf@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAVOL, INC.** represented by **BARBARA K. GOTTHELF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2008 | " 1 | COMPLAINT against C. R. BARD, INC., DAVOL, INC. ( Filing fee $ 350 receipt number 946536.), filed by BILL DOYLE.(cw, ) (Entered: 03/05/2008) |
| 03/05/2008 | " | Summons Issued as to C. R. BARD, INC., DAVOL, INC.. Two Forwarded To: Counsel on 3/5/08 (cw, ) (Entered: 03/05/2008) |
| 03/05/2008 | " | DEMAND for Trial by Jury by BILL DOYLE. (cw, ) (Entered: 03/05/2008) |
| 04/07/2008 | " 2 | SUMMONS Returned Executed by BILL DOYLE re: THOMAS CREAN, JR. served Summons and Complaint upon C. R. BARD, INC. by PERSONAL SERVICE. C. R. |

| | | |
|---|---|---|
| | | BARD, INC. served on 3/20/2008, answer due 4/9/2008. (jl, ) (Entered: 04/07/2008) |
| 04/07/2008 | " 3 | SUMMONS Returned Executed by BILL DOYLE re: JAMES MELINSON served Summons and Complaint upon DAVOL, INC. by PERSONAL SERVICE. DAVOL, INC. served on 3/21/2008, answer due 4/10/2008. (jl, ) (Entered: 04/07/2008) |
| 04/10/2008 | " 4 | ANSWER to 1 Complaint together with Affirmative Defenses of Defendants C.R. Bard, Inc. and Davol Inc. by C. R. BARD, INC., DAVOL, INC..(GOTTHELF, BARBARA) (Entered: 04/10/2008) |
| 04/15/2008 | " 5 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by C. R. BARD, INC., DAVOL, INC..(GOTTHELF, BARBARA) (Entered: 04/15/2008) |
| 04/15/2008 | " 6 | Certified Copy of Order (CTO−17) from THE MDL PANEL THAT THE ABOVE CAPTIONED CASE IS TRANSFERRED TO THE DISTRICT OF RHODE ISLAND FOR COORDINATED AND CONSOLIDATED PRETRIAL PROCEEDINGS; ETC. (jl, ) (Entered: 04/16/2008) |
| 04/15/2008 | " | Original record together with certified copy of docket entries forwarded to District of RHODE ISLAND. (jl, ) (Entered: 04/16/2008) |